IN THE SUPREME COURT OF TEXAS

 No. 10-0962

 IN RE RSL FUNDING, LLC AND RAPID SETTLEMENTS, LTD.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for temporary relief, filed November 24, 2010,
is granted. All trial court proceedings in Cause No. 2006-23366, styled
Evelyn E. Franklin, Simmie Bernard King, Settlement Funding, LLC d/b/a
Peachtree Settlement Funding v. Rapid Settlements, Ltd. and RSL Funding
LLC, in the 113th District Court of Harris County, Texas, are stayed
pending further order of this Court.
 2. The real party in interest is requested to respond to relators'
petition for writ of mandamus on or before 3:00 p.m., December 9, 2010.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this November 24, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk